In the Matter of the Estate of MICHAEL SANITA, Deceased.

JAMES J. FRAWLEY, Public Administrator, as Administrator, Appellant; MARIA LA GUARDIA, Respondent.

*Decedent's estate — discovery — gift — discovery proceedings brought by administrator — sufficiency of evidence to show gift causa mortis.*

*Matter of Sanita*, 219 App. Div. 178, affirmed.

(Submitted March 3, 1927; decided March 29, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1926, which reversed an order of the New York County Surrogate's Court, made in a discovery proceeding, directing the respondent herein to turn over certain bank books in her possession to the administrator of Michael Sanita, deceased, adjudged that the same were her property and directed a dismissal of the proceeding. The Appellate Division held that the evidence was sufficient to show a gift *causa mortis.*

*N. Joseph Slicklen* for appellant.

*John F. Collins* and *John A. Leddy* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EDMOND VAN DYK, Appellant, *v.* VAN DYK & REEVES, INC., et al., Respondents, Impleaded with Another.

*Corporations — trade names — jurisdiction — sale of assets of corporation by order of Federal court — action to restrain new corporation to which assets have been transferred by purchaser from using old corporate name — complaint dismissed.*

*Van Dyk v. Van Dyk & Reeves, Inc.*, 217 App. Div. 781, affirmed.

(Argued February 23, 1927; decided March 29, 1927.)

APPEAL from a judgment, entered July 1, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of Special Term denying a motion for a dismissal